# Law Offices of
# Michael Grinblat
# 817 Broadway, Fourth Floor
# New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

February 14, 2019

**BY ECF**

The Honorable Roanne L. Mann
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>SEMYON GRINBLAT v. 66-56 Meat Corp.</u>
    Case No.:    19-cv-4993-FB-RLM

Dear Magistrate Judge Mann:

    Counsel for the Plaintiff and the Defendants jointly submit this letter-motion pursuant to this Court's order which stated: "By February 14, 2020, the parties shall file a joint letter-motion requesting a referral to court-ordered mediation or, if the case is settling, a stay of discovery."

    The parties are engaging in on-going settlement discussions and discovery is underway in the case. The parties believe that settlement is possible in the near future and that judicial economy would be best served by a 30-day extension of time in which the parties may continue to conduct discovery and pursue settlement—this rather than an immediate referral to Court ordered mediation or a stay on discovery.

    We thank the Court for its consideration of this request.

                                                 Respectfully submitted,

                                               Michael Grinblat, Esq.